March 13, 1981.

433 A.2d 132

Commonwealth v. Bell, Appellant.

Submitted March 21, 1980. Elaine De-Masse, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Order affirmed.

433 A.2d 133

Commonwealth v. Dorris, Appellant.

Submitted March 12, 1980. Joseph F. Iracki, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

We affirm the judgments of sentence on the two counts of simple assault.

The judgments of sentence for both simple assaults and criminal mischief are affirmed.